JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA —
# WESTERN DIVISION

| | |
|---|---|
| BEAUMONT JUICE, INC. DBA PERRICONE JUICES,<br><br>Plaintiff<br><br>v.<br><br>NATURAL BRANDS, INC.,<br><br>Defendant. | Case No.: 5:21-cv-01078-SB (KKx)<br><br>**STIPULATED JUDGMENT** |

1

Having reviewed the parties' joint Stipulation re: Judgment, and finding that it was filed on or after July 15, 2022, the Court hereby ORDERS, ADJUDGES, AND DECREES as follows:

Judgment is entered against Plaintiff BEAUMONT JUICE, INC., DBA PERRICONE JUICES' and in favor of Defendant NATURAL BRANDS, INC. in the amount of $8,000,000.00.

No costs or fees are awarded.

Dated: July 18, 2022

Stanley Blumenfeld, Jr.
United States District Judge